IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Sheryl L. Szeinbach, | : | |
| Plaintiff | : | Civil Action 2:08-cv-822 |
| v. | : | |
| The Ohio State University, | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

The parties' January 14, 2013 joint motion to suspend the briefing schedule for defendant's renewed motion for summary judgment (doc. 201) is GRANTED. Counsel are DIRECTED to telephone my office to schedule a telephone conference to set a new briefing schedule within five (5) days of a decision ruling on plaintiff's motion for reconsideration.

s/Mark R. Abel
United States Magistrate Judge