# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

Sheryl L. Szeinbach,

vs              Case Number 2:08-cv-0822

The Ohio State University, et al      **Judge Mark R. Abel**

[XX] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the jury verdict for the Defendants, Plaintiff Sheryl Szeinbach has not proved by the greater weight of the evidence that Defendant The Ohio State University retaliated against her in violation of the Civil Rights Act of 1964. Verdict for Plaintiff in the amount of $513, 368.00, Sheryl Szeinbach proved by the greater weight of the evidence that Defendant The Ohio State University is liable for coworker retaliation in violation of the Civil Rights Act of 1964.

Date: **June 24, 2014**

s/Spencer D. Harris
Spencer D. Harris Deputy Clerk